One year (50 issues) Payable in Advance.......$15.00
Single Numbers ............................... .35

**Chief Editor and Bus. Mgr., Jay F. Laning**

**Circulation Manager, Sam H. Torrey**

**THE LAW ABSTRACT COMPANY**

Office, Editorial Rooms and Library, 13916 Euclid Ave. Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

Subject to 20 percent, if cash paid with order

## No. 496

No. 20384—R. C. Hoiles v. William E. Watkins, Fred Hautz, Edward Haag, and The Mansfield Daily Journal Company. Error to the Court of Appeals of Richland county.

**1002. RECEIVERS.**

1. Appointment allowable only in cases pending for some other purpose.

2. To justify such appointment under Par. 6 of 11894 GC. relating to "usages of equity," it must appear that same is ancillary to final equitable between the parties and not the tale object sought, and the plaintiff was not adequate remedy at law, or court cannot find other means for protecting rights of parties. DAY, J.

1. The appointment of a receiver is an extraordinary provisional remedy of ancillary character, regulated by statutory provision and allowable only in cases pending for some other purpose.

2. To justify the appointment of a receiver within the purview of the sixth paragraph of Section 11894, General Code, in "cases in which receivers heretofore have been appointed by the usages of equity," it must appear that the same is ancillary to some final relief in equity between the parties, and not the sole object sought; nor should such appointment be made if the plaintiff has a full and adequate remedy at law in respect to his alleged rights, or where the court can find another and less stringent means for protecting the rights of the parties.

Judgment reversed.

Allen, Kinkade, Robinson, Jones and Matthias, JJ., concur. Marshall, C. J., not participating.

## DEATH OF JUDGE WINCH

Hon. Lewis H. Winch, of the Cleveland Bar, died at his home in this city on June 21, 1927, at the age of 63 years. He had been at his summer home, Middle Bass Island, and being taken ill, returned here about a month ago.

He had a distinguished judicial career as Judge of the Circuit Court and also of the Appellate Court, and since entering the practice, for the past ten years, was well known as a successful attorney.

Until recently he had been a member of the prominent firm of Cleveland attorneys, Payer, Winch, Minshall & Karch.

Judge Winch was a devoted and active member of the Ohio State Bar Association and for many years a regular attendant upon its meetings. As a long and experienced member of its Executive Committee, he had been the proponent of many of its activities, and a working member whose presence and counsels have been valuable to the association and its members.

His genial presence at its meetings will be greatly missed by his many friends who have learned to look forward to a pleasant handshake or visit with him.

## SUPREME COURT ACTIVITIES

Chief Justice Marshall, in his report made this week, comments upon the fact that the number of cases filed and disposed of in the Ohio Supreme Court was fifty per cent greater during the past five years, than of the previous half decade. The court is entitled to credit not only for this performance, but for the fact that the time of hearing and disposing of cases after being docketed in that court, has been greatly reduced. He cites that many cases are now decided within thirty days of filing, and many more within sixty days, and says that there are now only thirty-eight live cases there pending. The reporting processes of the Court have also been improved, to keep pace with the great increase of cases to be determined, much to the credit of the Judges and Court Reporter. The cases disposed of in 1926, were: General Docket 278 and Motion Docket 543. In the six months of 1927, they were: General Docket, 187 and Motion Docket 327.